**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JUAN EDUARDO LEMOS, MILTON SANCHEZ, JULIO CESAR CRUZ, SEBASTIAN LEMOS, JAIME GARCIA, and BEATRIZ RAMIREZ, | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:12-cv-1680-SCJ |
| M&D K CONTRACTORS, INC., ED PAINTING, INC, and EDWIN SANTOS, | |
| Defendant. | |

## DEFAULT JUDGMENT

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of Plaintiffs' Motion for Default Judgment, and the court having granted said motion and directed the Clerk to enter a Default Judgment for Plaintiffs and against the Defendants pursuant to itemizations listed in the Order of November 6, 2013, it is

**ORDERED AND ADJUDGED**, that Judgment is entered in favor of **Plaintiff Juan Eduardo Lemos** and against Defendants for $16,187.00 for unpaid leave, $16,187.00 in liquidated damages for unpaid overtime, $10,918.75 in pendant state claim damages and $3,524.21 in attorneys' fees and costs (1/6 of total) for a total award of **$46,816.63**; it is

**FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of **Plaintiff Milton Sanchez** and against Defendants for $19,277.25 in unpaid leave, $19,277.25 in liquidated damages for unpaid overtime, $11,842.15 in pendant state claim damages, $1,217.50 in Davis Bacon Act damages and $3,524.21 in attorneys' fees and costs (1/6 of total) for a total award of **$55,138.36;** it is

Default Judgment
1:12-cv-1680-SCJ
Page 2

**FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of **Plaintiff Julio Cesar Cruz** and against Defendants for $22,277.50 in unpaid leave, $22,277.50 in liquidated damages for unpaid overtime, $12,319.00 in pendant state claim damages and $3,524.21 in attorneys' fees and costs (1/6 of total) for a total award of **$60,398.21;** it is

**FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of **Plaintiff Sebastian Lemos** and against Defendants for $20,557.05 in unpaid leave, $20,557.05 in liquidated damages for unpaid overtime, $11,860.85 in pendant state claim damages and $3,524.21 in attorneys' fees and costs (1/6 of total) for a total award of **$56,499.16;** it is

**FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of **Plaintiff Jamie Garcia** and against Defendants for $22,942.50 in unpaid leave, $22,942.50 in liquidated damages for unpaid overtime, $13,937.47 in pendant state claim damages and $3,524.21 in attorneys' fees and costs (1/6 of total) for a total award of **$63,346.68;** and it is

**FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of **Plaintiff Beatriz Ramirez** and against Defendants for $2,214.00 in unpaid leave, $2,214.00 in liquidated damages for unpaid overtime, $1,784.00 in pendant state claim damages and $3,524.20 in attorneys' fees and costs (1/6 of total) for a total award of **$9,736.20**; and this action be and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia this 6th day of November, 2013.

          JAMES N. HATTEN
          CLERK OF COURT

By:   s/Amanda Querrard
       Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   November 6, 2013
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
      Deputy Clerk